**Opinion filed June 30, 2022**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-21-00241-CV

_____

## PIONEER NATURAL RESOURCES USA, INC., Appellant

## V.

## CENTRALIA PERMIAN, LLC, Appellee

### On Appeal from the 385th District Court
### Midland County, Texas
### Trial Court Cause No. CV55324

**M E M O R A N D U M   O P I N I O N**

Pioneer Natural Resources USA, Inc. and Centralia Permian, LLC have filed in this court a joint motion to dismiss this appeal. In the motion, the parties request that this court "dismiss the appeal, with each party to pay its own attorneys' fees and costs." *See* TEX. R. APP. P. 42.1, 43.4.

The motion is granted, and the appeal is dismissed.

June 30, 2022                                                    PER CURIAM

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.